

**MANDATE**

# The Fifteenth Court of Appeals

THE STATE OF TEXAS

TO THE 459TH DISTRICT COURT OF TRAVIS COUNTY, GREETINGS:

On May 24, 2024, the Court of Appeals for the Third District of Texas dismissed the appeal in the following case:

Thomas Kam v. Ken Paxton and Jeff Leach, NO. 03-24-00050-CV (Tr. Ct. No. D-1-GN-22-001702)

The Court of Appeals entered the following judgement, after which the case was transferred to the Court of Appeals for the Fifteenth District of Texas:

This is an appeal from the orders signed by the trial court on September 25, 2023. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below

**WHEREFORE, WE COMMAND YOU** to observe the order of said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**BY ORDER** of the Fifteenth Court of Appeals, with the Seal thereof annexed, at the City of Austin, Texas, February 7, 2025.

**CHRISTOPHER A. PRINE, CLERK**